CHARLES E. SICKLES, Appellant, v. BUTLER PAPER NEW YORK CORP. et al., Respondents.

Submitted February 24, 1953; decided March 5, 1953.

*Alexander T. Hussey, Karl S. Deitz* and *Warren I. Lee* for motion.

*Selig J. Levitan* and *Robert Zuckerman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.